UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NUMBER: 09-0398

THERON JAMES                            SECTION: "F"(5)

### ORDER

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, the Court finds that the untimely filing of Defendants' notice of appeal was due to excusable neglect.

New Orleans, Louisiana, this __8th__ day of December, 2014.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE